SANTOS, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegatoria de la inscripción de una escritura de compraventa.

No. 440.—Resuelto en noviembre 11, 1919.

VENTA DE EDIFICIO ENCLAVADO EN SUELO AJENO—INSCRIPCIÓN PREVIA DEL EDIFICIO A FAVOR DEL TRASMITENTE.—Cuando el suelo pertenece a una persona y el edificio a otra, para la inscripción de la transmisión de éste es de aplicación el artículo 20 de la Ley Hipotecaria que requiere la inscripción previa del derecho a nombre del trasmitente para poder ser inscrito a nombre del comprador, pues sólo es innecesaria la inscripción previa especial del edificio cuando éste pertenece al dueño del suelo.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Gómez Lasserre, compareció en nombre propio.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura No. 212 otorgada en la ciudad de Caguas a 1°. de diciembre de 1910 ante el notario Rafael Arce Rollet, Juan Jiménez Saurí, como dueño de un solar que se describe en dicha escritura, segregado de una parcela de terreno situada en el barrio de Turabo de aquella ciudad, y los esposos Nicolás López Delgado y Juana Jiménez Rosa, también como dueños de una casa de madera techada de zinc y fabricada en dicho solar a sus expensas con autorización de Jiménez Saurí, vendieron solar y casa a Ramona Santos Torrens por precio de $300, a saber, el solar por $40, y la casa por $260.

Presentada la escritura al Registrador de la Propiedad de Caguas para su inscripción fué inscrito el documento en cuanto al solar y denegada la inscripción de la venta de la casa por el fundamento de que no estaba inscrita a favor de los esposos vendedores Nicolás López Delgado y Juana Jiménez Rosa, requisito necesario en el caso de que se trata con sujeción al artículo 20 de la Ley Hipotecaria, y resolución de esta Corte Suprema en el caso de *Martí et al.* v. *El Registrador de Arecibo*, 22 D. P. R. 150.

La expresada nota, que lleva fecha de 15 de septiembre, 1919, está sometida a nuestra consideración a virtud de recurso gubernativo contra ella interpuesto por Ramona Santos Torrens, y estimamos que se sostiene por los fundamentos en que descansa, pues si bien el artículo 20 de la Ley Hipotecaria no es de aplicación cuando el edificio levantado pertenece al dueño del suelo, siendo innecesaria entonces la inscripción especial del edificio, es de aplicación cuando el suelo pertenece a una persona y el edificio a otra como sucede en el presente caso.

La cuestión envuelta en el recurso fué considerada ampliamente en el caso de *Martí et al.* v. *El Registrador de Arecibo, supra.*

Es de confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

· Jueces concurrentes: Sres. Asociados del Toro y Aldrey.

Los Jueces Asociados Sres. Wolf y Hutchison no intervinieron en la resolución de este caso.